UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID MARTINEZ-SALGADO and<br>ISIDORO MARTINEZ-SALGADO,<br><br>　　　　　　Defendants. | CASE NO. 2:12-cr-00387-LK<br><br>ORDER OF DISMISSAL |

　　　This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive defendants DAVID MARTINEZ-SALGADO and ISIDORO MARTINEZ-SALGADO. Dkt. No. 96.

　　　The Court ORDERS that all pending counts in the above-captioned case against the above-captioned Defendants are dismissed without prejudice. The outstanding warrant shall be quashed.

　　　Dated this 4th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1